# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Blvd., Albany, NY 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

January 14, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    04-14255        Michelle Klein

To Whom It May Concern:

    Enclosed please find check #**919992** in the amount of **$6.61**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 12 |
| Account# | 5291151423360054 |
| Creditor | Capital One Bank<br>P.O. Box 85167<br>Richmond, VA 23285 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli